**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JACQUELINE KELLEY,

        Plaintiff,

        v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES
LLC, BANK OF AMERICA, N.A,

        Defendants.

Case No. 6:26-cv-00497-PGB-NWH

## <u>NOTICE OF LEAD COUNSEL DESIGNATION</u>

Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to

Middle District of Florida Local Rule 2.02(a), hereby notifies the Court and all

Counsel of Record of Grant Schnell's designation as Lead Counsel for Experian in

this action.

Respectfully submitted this 10th day of June, 2026.

        <u>*/s/ Grant Edward Lavelle Schnell*</u>
        Grant Edward Lavelle Schnell, Esq.
        Florida Bar No. 108109
        GOODWIN PROCTER LLP
        1900 N Street, NW
        Washington, DC 20036
        Phone: (202) 346-4000
        Email: gschnell@goodwinlaw.com

        *Counsel for Defendant*
        *Experian Information Solutions, Inc.*